**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

KENNETH WHITE,                                :    No. 68 WM 2021

                Petitioner                 :

                v.                           :

COURT OF COMMON PLEAS FAYETTE    :
COUNTY,                                    :

                Respondent               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of January, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.